UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RICKEY ROCHE | CIVIL ACTION NO. 6:18-cv-00858 |
| VERSUS | JUDGE JUNEAU |
| LOUIS ACKAL, ET AL. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Pennsylvania Manufacturers' Association Insurance Company's motion for summary judgment (Rec. Doc. 31) is granted, and the third-party complaint of defendants Lassalle, Comeaux, and Bergeron against Pennsylvania is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 9th day of December, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE